**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)                                                                                                        Case Number **13–71908–FJS**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on May 20, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
David Leonardo Hutcherson
3613 Greenwood Drive
Portsmouth, VA 23701

| | |
|---|---|
| Case Number:   13–71908–FJS<br>Office Code:   2 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–1384 |
| Attorney for Debtor(s) (name and address):<br>Steve C. Taylor<br>Law Offices of Steve C. Taylor, P.C.<br>133 Mt. Pleasant Road<br>Chesapeake, VA 23322<br>Telephone number:  757–482–5705 | Bankruptcy Trustee (name and address):<br>R. Clinton Stackhouse Jr.<br>Chapter 12/13 Trustee<br>7021 Harbour View Boulevard<br>Suite 101<br>Suffolk, VA 23435<br>Telephone number:  (757) 333–4000 |

### Meeting of Creditors
Date: **June 24, 2013**                                                                    Time: **10:00 AM**
Location: **Office of the U.S. Trustee, 200 Granby Street, Room 120, Norfolk, VA 23510**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim**
For all creditors (except a governmental unit):  **September 23, 2013**              For a governmental unit:  **November 18, 2013**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:  August 23, 2013**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

**Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation**
Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:

Date: **August 6, 2013**                                                                    Time: **10:00 AM**
Location: **Judge Santoro – Courtroom 2, U. S. Bankruptcy Court, 4th Floor, 600 Granby Street, Norfolk, VA 23510**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>600 Granby St., Room 400<br>Norfolk, VA 23510 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date:  May 21, 2013 |

## EXPLANATIONS  B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self−addressed envelope.**<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Norfolk. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Norfolk. See address on front side of this notice. |

−− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.
**PHOTOCOPIES:** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.
**PAYMENT OF FEES FOR NEWPORT NEWS CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:**
**Newport News:** non−debtor's check, money order, cashier's check or any authorized non−debtor's credit card; for security reasons, no cash accepted at Newport News location.
**Norfolk:** same as above; however cash is accepted.
*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 13-71908-FJS
David Leonardo Hutcherson                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-8        User: mitchella         Page 1 of 3          Date Rcvd: May 21, 2013
                            Form ID: B9I            Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2013.
```
db         +David Leonardo Hutcherson,    3613 Greenwood Drive,    Portsmouth, VA 23701-3340
tr         +R. Clinton Stackhouse, Jr.,    Chapter 12/13 Trustee,    7021 Harbour View Boulevard,    Suite 101,
             Suffolk, VA 23435-2869
11801465    Alcoa Billing,    3429 Reynolds Dr,    Alcoa, TN 37701-0000
11801466   +Alcoa Billing (notice),    Greg Roth, CEO,    POB 740022,    Cincinnati, OH 45274-0022
11801467    Barclay's Bank,    P.O. Box 8803,    Wilmington, DE 19899-8803
11801468   +Barclays Bank of DE (notice),    Lloyd Wirshba, CEO,    100 South West St.,
             Wilmington, DE 19801-5015
11801469   +Bon Secours (RA),    Michael L. Goodman,    4501 Highwoods Pkwy,    Glen Allen, VA 23060-6152
11801471   +Capital One,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
11801475   +Chase Bank (Notice),    CT Corporation, Reg. Ag.,    4701 Cox Rd., Ste. 301,
             Glen Allen, VA 23060-6802
11801477   +Ed Financial,    123 Center Park Drive,    Knoxville, TN 37922-2166
11801478   +Emer. Phys. of Tide. (notice),    Allan G. Donn, Reg. Ag.,    440 Monticello Ave. Ste. 2200,
             Norfolk, VA 23510-2243
11801479   +Emer. Physicians of Tidewater,    P.O. Box 7549,    Portsmouth, VA 23707-0549
11801480   +GE Capital Retail Bank (notice,    William H. Cary, CEO,    170 W. Election Rd., #125,
             Draper, UT 84020-6425
11801483    J.C. Pennys On the Edge Creati,    John Pertrakis, Reg. Agnt.,    21350 Ashburn Run Place,
             Ashburn, VA 20147-5348
11801484   #+Jay Burzon,    14 Calef Ave,    Narragansett, RI 02882-6215
11801485   +John Stanley,    3613 Greenwood Drive,    Portsmouth, VA 23701-3340
11801487   +Macy's Northeast, Inc (RA),    Edward R. Parker,    5511 Staples Mill Road,
             Henrico, VA 23228-5445
11801488   +Maryview Medical,    P.O. Box 277199,    Atlanta, GA 30384-7199
11801489   +Michael Blankenship,    3131 Azalea Garden Rd.,    Norfolk, VA 23513-2303
11801493   +Midland Credit Managment RA,    Corp. Service Company,    1111 E. Main St, 16th Floor,
             Richmond, VA 23219-3532
11801494   +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
11801495   +Philips & Cohen,    1002 Justison St,    Wilmington, DE 19801-5148
11801498   +RMS,    P.O. Box 5471,    Mount Laurel, NJ 08054-5471
11801500    Sentara,    P.O. Box 791168,    Baltimore, MD 21279-1168
11801501   +Soloman & Soloman, P.C.,    P.O. Box 1001,    Albany, NY 12201-1001
11801504  ++VIRGINIA DEPARTMENT OF TAXATION,    P O BOX 2156,    RICHMOND VA 23218-2156
             (address filed with court: Virginia Dept of Taxation,    P.O. Box 1880,    Richmond, VA 23218-0000)
11801503    Verizon (RA),    CT Corporation System,    4701 Cox Rd, Ste 301,    Glen Allen, VA 23060-6802
11801507  ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wells Fargo Dealer Services,    P.O. Box 1697,
             Winterville, NC 28590-0000)
11801505   +Wells Fargo (notice-FDIC),    John G. Stumpf, CEO,    420 Montgomery Street,
             San Francisco, CA 94104-1207
11801506   +Wells Fargo Bank (notice-FDIC),    Corp. Svc. Co., Reg. Ag.,    1111 E. Main St., 16th Fl.,
             Richmond, VA 23219-3532
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: bankruptcyattorney@call54legal.com May 22 2013 01:54:45     Steve C. Taylor,
             Law Offices of Steve C. Taylor, P.C.,    133 Mt. Pleasant Road,    Chesapeake, VA  23322
11801470   +EDI: CAPITALONE.COM May 22 2013 03:33:00      Capital One,    P.O. Box 30281,
             Salt Lake City, UT 84130-0281
11801472   +EDI: CAPITALONE.COM May 22 2013 03:33:00      Capital One,    P.O. Box 5253,
             Carol Stream, IL 60197-5253
11801473   +EDI: CAPITALONE.COM May 22 2013 03:33:00      Capital One (notice),    Richard D. Fairbank, CEO,
             1680 Capital One Drive,    Mc Lean, VA 22102-3407
11801474   +EDI: CHASE.COM May 22 2013 03:33:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
11801476   +EDI: RMSC.COM May 22 2013 03:33:00      Chevron,    P.O. Box 965015,    Orlando, FL 32896-5015
11801481    EDI: IRS.COM May 22 2013 03:33:00      IRS,    P.O. Box 970024,    Saint Louis, MO 63197-0024
11801482    EDI: RMSC.COM May 22 2013 03:33:00      J.C. Penney,    P.O. Box 965005,    Orlando, FL 32896-5005
11801486   +EDI: TSYS2.COM May 22 2013 03:33:00      Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
11801492   +EDI: MID8.COM May 22 2013 03:33:00      Midland Credit Management,    P.O. Box 60578,
             Los Angeles, CA 90060-0578
11801490   +EDI: MID8.COM May 22 2013 03:33:00      Midland Credit Management,    8875 Aero Drive, Suite 200,
             San Diego, CA 92123-2255
11801497    EDI: PRA.COM May 22 2013 03:33:00      Portfolio Recovery,    120 Corporate Blvd, Ste 100,
             Norfolk, VA 23502-0000
11801496   +EDI: PRA.COM May 22 2013 03:33:00      Portfolio Rec. Assoc. (notice),
             Judith Sugg Scott, Reg. Ag.,    120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502-4962
11801499   +EDI: RMSC.COM May 22 2013 03:33:00      Sam's Club,    P.O. Box 965005,    Orlando, FL 32896-5005
11801502    EDI: AFNIVZCOMBINED.COM May 22 2013 03:33:00      Verizon,    P.O. Box 660720,
             Dallas, TX 75266-0720
11801508    EDI: WFFC.COM May 22 2013 03:33:00      Wells Fargo Home Mortgage,    P.O. Box 14411,
             Des Moines, IA 50306-3411
                                                                                             TOTAL: 16
```

```
District/off: 0422-8          User: mitchella              Page 2 of 3                    Date Rcvd: May 21, 2013
                              Form ID: B9I                 Total Noticed: 46

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11801491*    +Midland Credit Management,   8875 Aero Drive, Ste 200,   San Diego, CA 92123-2255
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0422-8           User: mitchella              Page 3 of 3                   Date Rcvd: May 21, 2013
                               Form ID: B9I                 Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2013 at the address(es) listed below:
        R. Clinton Stackhouse, Jr.   administrator@rcsch13.com
        Steve C. Taylor   on behalf of Debtor David Leonardo Hutcherson bankruptcyattorney@call54legal.com, bkparalegal@call54legal.com
        TOTAL: 2